United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMILIO J. VILLANUEVA, et al.,

    Plaintiffs,

    v.

COUNTRYWIDE HOME LOANS, et al.,

    Defendants.
_____/

No. C-11-06712 DMR

**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND SETTING MOTION HEARING**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The Initial Case Management Conference previously scheduled for April 11, 2012 is CONTINUED to **May 10, 2012 at 11:00 a.m.**, in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than **April 30, 2012.**  All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly.  *See* Docket No. 3.  Further, the hearing on Defendants' motion to dismiss, previously noticed for May 10, 2012 at 10:00 a.m., is set for **May 10, 2012 at 11:00 a.m.**, to be held concurrently with the Initial Case Management Conference.  The briefing deadlines on the motion to dismiss remain unchanged.

    IT IS SO ORDERED.

Dated: March 29, 2012

_____
DONNA M. RYU
United States Magistrate Judge